AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

Steven Ballard,

*Plaintiff,*

v.

Case No. 2:17−cv−10904−GCS−EAS
Hon. George Caram Steeh

Tile Shop, Incorporated, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: The Tile Shop, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Xavier Michaels
101 N. Main Street
Suite 555
Ann Arbor, MI
48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ L. Granger
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

Date of Issuance: April 13, 2017

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:17−cv−10904−GCS−EAS
Hon. George Caram Steeh

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: The Tile Shop, LLC

Date of Service: ______________________________

## Method of Service

_____ Personally served at this address:
______________________________
______________________________
______________________________

_____ Left copies at defendant's usual place of abode with (name of person):
______________________________
______________________________
______________________________

_____ Other (specify):
______________________________
______________________________
______________________________

_____ Returned unexecuted (reason):
______________________________
______________________________
______________________________

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________
______________________________
______________________________