**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEVEN BALLARD,

Plaintiff,

vs.

THE TILE SHOP, LLC, a foreign limited liability corporation,

Defendant.

**CASE NO. 2:17-CV-10904**

**HON. GEORGE CARAM STEEH**

**MAG. ELIZABETH A. STAFFORD**

---

CHARLOTTE CROSON (P56589)
JOSEPH X. MICHAELS (P79084)
***NACHTLAW, P.C.***
Attorneys for Plaintiff
101 North Main Street
Suite 555
Ann Arbor, Michigan 48104
(734) 663-7550
ccroson@nachtlaw.com
jmichaels@nachtlaw.com

WILLIAM J. VINCENT (P38430)
ANTON A. DIRNBERGER, II (P80261)
***LITTLER MENDELSON, P.C.***
Attorneys for Defendant
200 Renaissance Center
Suite 3110
Detroit, Michigan 48243
(313) 446-6407/(313) 202-3171
wvincent@littler.com
adirnberger@littler.com

---

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between Plaintiff, Steven Ballard, and Defendant, The Tile Shop, LLC, who appear by signature of their counsel of record below, that the Court may dismiss this case with prejudice and without costs or attorney fees to either of the parties.

/s/ Charlotte Croson (w/consent)
Nachtlaw, P.C.
101 North Main Street
Suite 555
Ann Arbor, Michigan 48243
(734) 663-7550
ccroson@nachtlaw.com
P56589

Dated: May 9, 2018

/s/ William J. Vincent
Littler Mendelson, P.C.
200 Renaissance Center
Suite 3110
Detroit, Michigan 48243
(313) 446-6407
wvincent@littler.com
P38430

Dated: May 9, 2018

Based on the parties' stipulation, **IT IS HEREBY ORDERED** that the above-entitled case be, and hereby is, **DISMISSED WITH PREJUDICE** and without costs or attorney fees to either of the parties.

s/George Caram Steeh
Honorable George Caram Steeh
United States District Judge

Dated: May 9, 2018